612

390 A.2d 295

Commonwealth v. Lamb, Appellant.

Argued March 20, 1978. Cynthia M. Weaver, Assistant Public Defender, with her Michael A. Klimpl, Assistant Public Defender, for appellant; Stephen B. Harris, First Assistant District Attorney, with him Kenneth G. Biehn, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN and CERCONE, JJ., dissented.